Larry Zerner (SBN 155473)
Law Offices of Larry Zerner
1801 Century Park East, Ste. 2400
Los Angeles, CA 90067
(310) 773-3623
Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Shamar Deal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR DEAL,<br><br>          Plaintiff,<br><br>   vs.<br><br>GERALD HENRY aka GERREAUX KATANA pka "GERREAUX", an individual, MARCELLUS RAYVON REGISTER pka "BABYFACE RAY", an individual, DION MARQUISE HAYES pka "42 DUGG", an individual, TAMIA MONIQUE CARTER pka "FLO MILLI",  SONY MUSIC ENTERTAINMENT, a Delaware corporation, EMPIRE DISTRIBUTION, INC., a business entity form unknown, and DOES 1-10, Inclusive,<br><br>          Defendants | Case No.: 2:25−cv−05872 AB (Ex)<br><br>JOINT STATUS REPORT |

Pursuant to the Court's October 29, 2025, Order (Doc. 36), the parties hereby file their monthly status report:

1. Plaintiff filed this action for infringement of the musical composition and sound recording copyrights in a work he refers to as "Youu," but had not yet registered the claimed copyright in the musical composition. He has proposed that he register that copyright and, once registered, he file a second action to be consolidated with this action and his filing of a complaint alleging infringement of both the musical composition and sound recording copyrights in "Youu." The parties respectfully refer the Court to their October 24, 2025, Stipulation (Doc. 35). The parties understand that the Court's October 29, 2025, Order provides the option of an open extension to respond to Plaintiff's current complaint, with the parties to file monthly status reports. This is the parties' first of those monthly status reports.

2. Plaintiff's counsel advises that on August 22, 2025, he filed with the Copyright Office the application to register the musical composition copyright but has not yet received it, which has apparently been delayed because of the recent federal government shutdown.

3. Not counting the time the government was shut down, it has been about 1.8 months since the application was filed. Accordingly, Plaintiff anticipates that the copyright application will issue within the next few weeks and he will be able to file the additional complaint by the end of the year.

DATED: December 4, 2025                LAW OFFICES OF LARRY ZERNER

                                       By: __/s/Larry Zerner_____
                                           Larry Zerner
                                           Attorney for Plaintiff Shamar Deal

Dated: December 4, 2025          /s/ Peter Anderson
                                 Peter Anderson
                                 DAVIS WRIGHT TREMAINE LLP
                                 Attorneys for Defendant
                                 Sony Music Entertainment

Dated: December 4, 2025          COUNSEL LLP


                                 By: /s/ David Given
                                     David Given
                                     Attorney for Empire Distribution, Inc.

Pursuant to Civil L.R. 5-4, the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.