1  Peter Anderson, Esq. (Cal. Bar No. 88891)
   peteranderson@dwt.com
2  Eric H. Lamm, Esq. (Cal. Bar No. 324153)
   ericlamm@dwt.com
3  DAVIS WRIGHT TREMAINE LLP
   350 South Grand Avenue, 27th Floor
4  Los Angeles, California  90071
   Telephone: (213) 633-6800
5  Fax: (213) 633-6899

6  Attorneys for Defendant
   SONY MUSIC ENTERTAINMENT
7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10  **WESTERN DIVISION**

11  SHAMAR DEAL,                                    ) Case No. 2:25-cv-05872-AB-E
                                                    )  No. 2:25-cv-11781-CAS-PD
12                      Plaintiff,                  )
                                                    )
13       vs.                                        ) STIPULATION TO ORDER
                                                    ) REASSIGNING AND
14  GERALD HENRY aka GERREAUX                       ) CONSOLIDATING ACTIONS AND
    KATANA pka "GERREAUX", an                       ) SETTING A UNIFORM DEADLINE TO
15  individual, MARCELLUS RAYVON                    ) RESPOND TO COMPLAINTS
    REGISTER pka "BABYFACE RAY",                    )
16  an individual, DION MARQUISE                    )
    HAYES pka "42 DUGG", an individual,             ) [*Proposed*] Order
17  TAMIA MONIQUE CARTER pka                        ) Submitted Herewith
    "FLO MILLI", SONY MUSIC                         )
18  ENTERTAINMENT, a Delaware                       )
    corporation, EMPIRE DISTRIBUTION,               )
19  INC., a business entity form unknown,           )
    and DOES 1-10, Inclusive,                       )
20                                                  )
                        Defendants.                 )
21                                                  )
                                                    )
22  _____ )

## **STIPULATION**

This Stipulation is entered into by and between plaintiff Shamar Deal ("Plaintiff") and defendants Sony Music Entertainment ("Sony Music") and Empire Distribution, Inc. ("Empire"), by and through their respective counsel of record, and with respect to the following facts:

1. On June 27, 2025, Plaintiff filed Case No. 2:25-cv-05872-AB-E (the "First Action"), alleging that the sound recording he refers to as "Youu" was sampled without authorization, and asserting claims for the alleged infringement of a sound recording copyright and—as to the "Youu" musical composition allegedly embodied in that sound recording—the alleged infringement of a musical composition copyright.

2. However, Plaintiff had not registered the allegedly infringed musical composition copyright with the United States Copyright Office. Since, in these circumstances, prior registration of an allegedly infringed copyright is a precondition to filing an action for infringement of that Copyright and that omission is not curable by amending the complaint in that action once a registration is obtained:

   (a) Plaintiff filed in the First Action a First Amended Complaint that, among other things, alleged only infringement of a sound recording copyright; and

   (b) Plaintiff submitted to the U.S. Copyright Office an application to register the allegedly infringed musical composition copyright and, after that registration was issued, on December 12, 2025, Plaintiff filed Case No. 2:25-cv-11781-CAS-PD (the "Second Action" and, with the First Action, the "Actions") naming the same defendants, for alleged infringement of a musical composition copyright.

3. When filing the Second Action, Plaintiff indicated in the Civil Cover Sheet and in a Notice of Related Case filed with the Court in the Second Action, that the Actions are related cases that arise from the same or a closely related transaction,

happening, or event, and call for determination of the same or substantially related or similar questions of fact or law.

4. Plaintiff had anticipated that since the Actions are related there would be a reassignment so that, in the interests of judicial economy and to avoid the risk of conflicting results unnecessary duplication, the Actions can be consolidated for all purposes. To date, there has been no reassignment.

5. In the First Action, the Court granted Sony Music and Empire an open extension of time to respond to Plaintiff's First Amended Complaint in that action, pending consolidation with the Second Action. In the Second Action, Sony Music and Empire waived service and their respective responses to the Complaint in that action, and their responses are presently due March 6, 2026.

6. Accordingly, Plaintiff, Sony Music, and Empire respectfully request that there be a reassignment and consolidation of the Actions, with a single date for Sony Music and Empire to respond to the complaints in the Actions.

7. No other parties have yet appeared in this action.

**NOW, THEREFORE,** Plaintiff, Sony Music, and Empire, by and through their respective counsel of record, respectfully request that the Court enter the accompanying Order reassigning one of the two Actions to the District Judge in the other of the Actions, consolidating the Actions for all purposes, and setting a single deadline for Sony Music and Empire to respond to the complaints in the Actions once consolidated.

**SO STIPULATED**

Dated: February 26, 2026

/s/ Larry Zerner
Larry Zerner, Esq.
Law Offices of Larry Zerner
Attorneys for Plaintiff
SHAMAR DEAL

|    |                              |                                                                                                                           |
|----|------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| 1  |                              |                                                                                                                           |
| 2  |                              |                                                                                                                           |
| 3  | Dated: February 26, 2026     | /s/ Peter Anderson                                                                                                         |
| 4  |                              | Peter Anderson, Esq.<br>DAVIS WRIGHT TREMAINE LLP                                                                          |
| 5  |                              | Attorney for Defendant<br>SONY MUSIC ENTERTAINMENT                                                                         |
| 6  |                              |                                                                                                                           |
| 7  |                              |                                                                                                                           |
| 8  | Dated: February 26, 2026     | /s/ David Given                                                                                                            |
| 9  |                              | David Given, Esq.<br>COUNSEL LLP                                                                                           |
| 10 |                              | Attorney for Defendant<br>EMPIRE DISTRIBUTION, INC.                                                                        |

### Attestation Regarding Signatures

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: February 26, 2026

/s/ Peter Anderson
Peter Anderson, Esq.

3