Larry Zerner (SBN 155473)

Law Offices of Larry Zerner

1801 Century Park East, Ste. 2400

Los Angeles, CA 90067

(310) 773-3623

Email: Larry@ZernerLaw.com

Attorneys for Plaintiff Shamar Deal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAMAR DEAL,<br><br>   Plaintiff,<br><br>  vs.<br><br>GERALD HENRY aka GERREAUX KATANA pka "GERREAUX", an individual, MARCELLUS RAYVON REGISTER pka "BABYFACE RAY", an individual, DION MARQUISE HAYES pka "42 DUGG", an individual, TAMIA MONIQUE CARTER pka "FLO MILLI",  SONY MUSIC ENTERTAINMENT, a Delaware corporation, EMPIRE DISTRIBUTION, INC., a business entity form unknown, and DOES 1-10, Inclusive,<br><br>   Defendants | Case No.: 2:25−cv-05872-AB-Ex<br><br>REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANTS GERALD HENRY aka GERREAUX KATANA pka "GERREAUX", MARCELLUS RAYVON REGISTER pka "BABYFACE RAY", and DION MARQUISE HAYES pka "42 DUGG", |

**Page 1**

**Request for Entry of Default**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, plaintiff SHAMAR DEAL  ("Plaintiff") hereby requests the entry of default against the following defendants in the present action:

A. GERALD HENRY aka GERREAUX KATANA pka "GERREAUX", an individual,

### SERVICE ON DEFENDANTS

**A. Gerald Henry aka Gerreaux Katana pka "Gerreaux."**

As evidenced by the accompanying Declaration of Larry Zerner and the attached exhibits, Gerald Henry was personally served with the summons and complaint on February 18, 2026.  A true and correct copy of the Proof of Service of the Summons and Complaint(s) on Mr. Henry is attached to the Declaration of Larry Zerner as Exhibit 1.

Plaintiff has not been served with, nor has any knowledge of, the filing of any answer or other responsive pleading to the Complaint by Mr. Henry, Accordingly, since the time for answering the Complaint for Mr. Henry has passed, the Clerk of the Court is hereby requested to enter default against Mr. Henry.

DATED: March 26, 2026          LAW OFFICES OF LARRY ZERNER

By: /s/ Larry Zerner_____
    Larry Zerner
    Attorney for Plaintiff Shamar Deal

**Request for Entry of Default**

DECLARATION OF LARRY ZERNER

I, Larry Zerner, declare:

1.  I am an attorney admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California.

2.  I submit my Declaration in support of the present Request to Enter Default.   The facts set forth in my Declaration are known personally by me to be true and correct, or are based on my diligent review of the papers and pleadings in the present action, and if called upon as a witness, I could and would testify thereto.

4.  I have prepared and signed the foregoing Request for Entry of Default, and I affirm that its contents are true and correct on the grounds set forth in the Request.

5.  Attached to my Declaration as Exhibit "1" is a true and correct copy of the Proof of Service of the Summons and Complaint on GERALD HENRY aka GERREAUX KATANA pka "GERREAUX."

8. I have no knowledge of, nor have I received, any Answer or other responsive pleading to the Complaint from GERALD HENRY aka GERREAUX KATANA pka "GERREAUX".

Request for Entry of Default

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 26th day of March 2026 at Los Angeles, California.

/s/ Larry Zerner___
Larry Zerner

Request for Entry of Default

# EXHIBIT 1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:25-cv-11781-CAS-PD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Gerald Henry aka Gerreaux Katana pka "Gerreaux"</u> was received by me on *(date)* <u>Feb 11, 2026, 1:57 pm</u>.

[X] I personally served the summons on the individual at *(place)* <u>57412 Maple Ave, Slidell, LA 70461</u> on *(date)* <u>Wed, Feb 18 2026</u> ; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

[ ] I returned the summons unexecuted because: _____ ; or

[ ] Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$120.00</u>.

I declare under penalty of perjury that this information is true.

Date: 02/18/2026

_____
*Server's signature*

JESSICA WARREN

_____
*Printed name and title*

Lafayette Process Servers LLC
All Mailing Go To Corprorate Office
3419 NW Evangline thruway Suite E3
Carencro, La 70520
Serving Louisiana Statewide
Court Appointed
(337)247-9027

_____
*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Feb 18, 2026, 6:12 pm CST at 57412 Maple Ave, Slidell, LA 70461 received by Gerald Henry aka Gerreaux Katana pka "Gerreaux". Age: 25; Ethnicity: African American; Gender: Male; Weight: 250; Height: 6'2"; Hair: Black;
The servee answered yes when asked his name. He wa also identified by another resident. He accepted the documents.