## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SHAMAR DEAL

Plaintiff(s),

v.

GERALD HENRY, et al.

Defendant(s).

CASE NUMBER:

2:25−cv−05872−AB−E

**NOTICE OF DEFICIENCY**
**DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Gerald Henry aka Gerreaux Katana pka "Gerreaux"  for the following reason(s):

- _   No declaration as required by F.R.Civ.P 55(a)
- _   No proof of service/waiver of service on file
- _   The name of the person served does not exactly match the person named in complaint
- X   Proof of Service is lacking required information
- _   Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- _   Time to respond has not expired
- _   Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- _   Request for Entry of Default has been forwarded to the assigned Judge
- _   Party dismissed from action on
- _   Case terminated on
- X   Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X   Other: Proof of Service is lacking as to the First Amended Complaint. Although the title page appears to seek default as to three defendants, the body of the filing only requests default as to Gerald Henry aka Gerreaux Katana pka "Gerreaux."

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _   No Entry of Default on file
- _   No declaration as required by F.R.Civ.P 55(b)
- _   The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _   Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _   A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _   No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _   Amount sought is not for a sum certain or cannot be computed to a sum certain
- _   Attorney Fees sought not in compliance with Local Rule 55−3
- _   Amount sought for costs is incorrect
- _   Case terminated on
- _   Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- _   Other:

CLERK, U.S. DISTRICT COURT

Date: _April 16, 2026_        By: _/s/ Grace Kami_
                              Deputy Clerk
                              grace_kami@cacd.uscourts.gov

CV–52B(09/12)         NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT