UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-05872-AB-E | Date: | June 26, 2026 |

Title:    Shamar Deal v. Gerald Henry et al

Present: The Honorable    **ANDRÉ BIROTTE JR., United States District Judge**

| Daniel Torrez | COURTSMART |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

Lawrence J. Zerner

Peter J. Anderson
David M. Given

**Proceedings:**    **DEFENDANT SONY MUSIC ENTERTAINMENT'S MOTION TO DISMISS [50]**

The matter is called and counsel state their appearances. Counsel address the Court.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions **UNDER SUBMISSION**.

**IT IS SO ORDERED.**

00 : 25

CV-90 (12/02)    **CIVIL MINUTES - GENERAL**    Initials of Deputy Clerk <u>DT</u>