# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SHAMAR DEAL,<br><br>           Plaintiff,<br><br>    vs.<br><br>GERALD HENRY aka GERREAUX KATANA pka "GERREAUX", an individual, MARCELLUS RAYVON REGISTER pka "BABYFACE RAY", an individual, DION MARQUISE HAYES pka "42 DUGG", an individual, TAMIA MONIQUE CARTER pka "FLO MILLI", SONY MUSIC ENTERTAINMENT, a Delaware corporation, EMPIRE DISTRIBUTION, INC., a business entity form unknown, and DOES 1-10, Inclusive,<br><br>           Defendants. | Lead Case No. 2:25-cv-05872-AB-E<br><br>Related Case No. 2:25-cv-11781-AB-E<br><br>~~[PROPOSED]~~ **ORDER SETTING FILING AND BRIEFING SCHEDULE FOR RENEWED MOTION TO BIFURCATE DISCOVERY AS TO LIABILITY AND DAMAGES AND MOTION TO DISMISS** |

The Court having considered the Stipulation of Plaintiff Shamar Deal ("Plaintiff") and Defendants Sony Music Entertainment ("Sony Music") and Empire Distribution, Inc. ("Empire") Setting Filing and Briefing Schedule for Renewed Motion to Bifurcate Discovery as to Liability and Damages and Motion to Dismiss (the "Stipulation"), and for good cause appearing therefor, the Court **GRANTS** the Stipulation.

**IT IS HEREBY ORDERED** that:

The August 4, 2026 deadline for Sony Music and Empire to respond to Plaintiff's Second Amended Complaint be and hereby is extended as follows, and the following briefing schedule shall apply to Sony Music's and Empire's Motion to Dismiss Plaintiff's Second Amended Complaint and Sony Music's and Empire's renewed Motion to Bifurcate Discovery as to Liability and Damages:

(a)   Sony Music and Empire shall file their Motion to Dismiss and Motion to Bifurcate by August 14, 2026, and both noticed for hearing on September 25, 2026 at 10:00 a.m.;

(b)   Plaintiff's Opposition to the Motion to Dismiss and Motion to Bifurcate be filed by August 28, 2026; and

(c)   Sony Music's and Empire's Replies in support of the Motion to Dismiss and Motion to Bifurcate to be filed by September 11, 2026.

Dated: July 29, 2026

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1