Peter Anderson, Esq. (Cal. Bar No. 88891)
peteranderson@dwt.com
Eric H. Lamm, Esq. (Cal. Bar No. 324153)
ericlamm@dwt.com
Daniel Imakyure, Esq. (Cal. Bar No. 356869)
danielimakyure@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
SONY MUSIC ENTERTAINMENT

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHAMAR DEAL,<br>Plaintiff,<br>vs.<br>GERALD HENRY *etc.*, *et al.*,<br>Defendants. | Case No. 2:25-cv-05872-AB-E<br>No. 2:25-cv-11781-AB-E<br><br>STIPULATION TO ORDER CONTINUING HEARING ON MOTION TO BIFURCATE DISCOVERY<br><br>[*Proposed*] Order Submitted Herewith |

**STIPULATION**

This Stipulation is entered into by and between plaintiff Shamar Deal ("Plaintiff") and defendants Sony Music Entertainment ("Sony Music") and Empire Distribution, Inc. ("Empire"), by and through their respective counsel of record, and with respect to the following facts:

1. Currently pending before this Court are Sony Music's Motion to Dismiss (Doc. 91) and Motion to Bifurcate Discovery (Doc. 92), in which Empire has joined, and both of which have been fully briefed and were noticed for hearing on September 25, 2026, at 10:00 a.m.

2. On September 9, 2026, and because lead counsel for those two defendants are unavailable on September 25, 2026, Plaintiff, Sony Music, and Empire filed their Stipulation to an Order continuing the hearing on the Motion to Dismiss to October 2, 2026, at 10:00 a.m. (Doc. 99), and the Court has entered its Order resetting that Motion for hearing on that day and at that time (Doc. 103). However, counsel apologize that they inadvertently failed to include continuing the hearing on the Motion to Bifurcate.

3. Lead counsel for Sony Music and Empire remain unavailable on September 25, 2026. Also, the Motion to Bifurcate will be mooted if the Court grants the Motion to Dismiss without leave to amend. Accordingly, counsel respectfully request that the Court also continue the hearing on the Motion to Bifurcate to October 2, 2026, at 10:00 a.m.

**NOW, THEREFORE,** Plaintiff, Sony Music, and Empire respectfully request that the Court issue the accompanying proposed Order continuing the hearing on the

///

///

///

///

///

Motion to Bifurcate from September 25, 2026, at 10:00 a.m., to October 2, 2026, at 10:00 a.m.

**SO STIPULATED**

Dated: September 17, 2026

/s/ Larry Zerner
Larry Zerner, Esq.
Law Offices of Larry Zerner
Attorneys for Plaintiff
SHAMAR DEAL

Dated: September 17, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
Eric H. Lamm, Esq.
Daniel Imakyure, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendant
SONY MUSIC ENTERTAINMENT

Dated: September 17, 2026

/s/ David Given
David Given, Esq.
COUNSEL LLP
Attorneys for Defendant
EMPIRE DISTRIBUTION, INC.

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: September 17, 2026

/s/ Peter Anderson
Peter Anderson, Esq.