UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-05872-AB-E | Date: | October 2, 2026 |
| Title: | *Shamar Deal v. Gerald Henry, et al.* | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| | |
|---|---|
| Lesbith Castillo | Maria Bustillos |
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Lawrence J. Zerner | Peter J. Anderson |
| | David M. Given |

**Proceedings:** **DEFENDANTS' SONY MUSIC ENTERTAINMENT AND EMPIRE DISTRIBUTION, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT [91]; AND MOTION TO BIFURCATE DISCOVER AS TO LIABILITY AND DAMAGES [92]**

The matter is called and counsel state their appearances.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.

IT IS SO ORDERED.

: 35